SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>           Plaintiff,<br><br>      vs.<br><br>Magnasco Enterprises, et al<br><br>           Defendants | Case No. **2:11-cv-02125-JAM-DAD**<br><br>**ORDER RE: STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL** |

   Pursuant to the parties stipulation, IT IS ORDERED that:

   The pretrial conference is reset to July 19, 2013 at 10:00 a.m.  The parties joint pretrial statement shall be filed no later than July 12, 2013;

Jury trial in this matter is reset to Monday, August 26, 2013 at 9:00 a.m.

Date:  5/9/2013

                         /s/ John A. Mendez_____
                         U. S. District Court Judge

PROPOSED ORDER STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL

CIV: S-11-cv-02125-JAM-DAD - 1