```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Magnasco Enterprises, Inc., et al,<br><br>        Defendants | Case No. **2:11-cv-02125-JAM-DAD**<br><br>**ORDER RE: REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

   IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than August 12, 2013.

Date:  7/17/2013

                    /s/ John A. Mendez_____
                    Judge of the United States District Court

PROPOSED ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-02125-JAM-DAD - 1